# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1066.  ARNOLD v. PATTERSON.

This appeal from an order denying the parties' cross-motions for contempt was docketed on January 8, 2020, such that pro se appellant Deandre Arnold's initial brief was due on January 28, 2020. Court of Appeals Rule 23 (a) (appellant's brief is due within 20 days of docketing). As of February 11, however, Arnold had neither filed his brief nor asked for an extension to do so.

This appeal is DISMISSED for failure to file an initial brief. Rule 23 (a) (failure to file a brief within 20 days of docketing, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/13/2020*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*